UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

### CLERK'S MINUTES

| CASE NO.: | 8:25-cr-461-JSM-AEP | DATE: | October 7, 2025 |
|---|---|---|---|
| HONORABLE ANTHONY E. PORCELLI | | INTERPRETER: | n/a |
| UNITED STATES OF AMERICA v. KEVIN CHARLES LUKE | | LANGUAGE: | |
| | | GOVERNMENT COUNSEL | Dan Marcet AUSA |
| | | DEFENSE COUNSEL | Mark O'Brien Esq. (retained) |
| COURT REPORTER: | digital | DEPUTY CLERK: | Lynne Vito |
| TIME: 2:00 to 2:38 | TOTAL: 38 MIN | PRETRIAL: | Gabrielle McCoy |
| | | COURTROOM | 10A |

**PROCEEDINGS: INITIAL, BOND/DETENTION, AND GUILTY PLEA PROCEEDING -**

Defendant provided w/copy of the Information; <u>defendant appears on notice.</u>   Waiver of indictment executed.

The defendant was advised of the charges. The court summarized the charges. The court advises the defendant of Rule 5 rights.

Mark O'Brien Esq, has been retained.

Bond:  Government is NOT seeking detention. Proffer of counsel. ROR Bond,
Defendant: In agreement.

Court sets the following conditions: Appear in court in accordance with all notices, reside at current residence and cannot move without prior court approval, travel restricted to the United States and cannot commit another crime.

Special conditions:  Report to pretrial as directed.  ROR Bond. Surrender passport.
Do not apply for a passport or any new travel documents.

Notice of Essential Elements / **Plea Agreement filed.** Defendant sworn.

Plea of guilty entered as to count one of the information.

Factual basis  <u>ESTABLISHED</u>    Adjudication of GUILT DEFERRED.
REFERRED TO PROBATION FOR PRE-SENTENCE INVESTIGATION
SENTENCING SCHEDULED FOR:  <u>To be determined.</u>

DEFENDANT MUST GO TO USMS FOR PROCESSING.