**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

v.                                                                  CASE NO: 8:25-cr-461-JSM-AEP

KEVIN CHARLES LUKE

_____

## ACCEPTANCE OF PLEA AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation (Dkt. 13) of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the defendant to Count One of the Information is now **ACCEPTED** and the defendant, Kevin Charles Luke, is **ADJUDGED GUILTY** of such offense.

**IT IS FURTHER ORDERED** that sentencing is hereby scheduled before United States District Judge James S. Moody, Jr., at the Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Courtroom 17, Tampa, Florida, 33602, on **TUESDAY, FEBRUARY 10, 2026, at 9:00 A.M.**   Counsel of record and/or the United States Probation Office shall contact Chambers immediately should it be anticipated that this hearing will exceed **thirty (30) minutes**.

**DONE** and **ORDERED** in Tampa, Florida this 24th day of October, 2025.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished To**:
Counsel/Parties of Record
United States Probation Office
Interpreter Required:   No
(Defendant is on bond.)