UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**HONORABLE JAMES S. MOODY, JR.**

| | |
|---|---|
| CASE NO. 8:25-cr-461-JSM-AEP<br>TITLE: **United States of America**<br>v.<br>**KEVIN CHARLES LUKE** | DATE: February 10, 2026 |
| TIME: 9:00 AM – 10:03 AM | TOTAL: 1 hour, 3 minutes |
| Courtroom Deputy: Kristin Carreon | Interpreter: N/A |
| Court Reporter: Sharon Miller | Probation: Tyler Campbell |
| Counsel for Government: Lindsay Schmidt, AUSA ||
| Counsel for Defendant: Mark O'Brien, Retained ||

**CRIMINAL MINUTES: SENTENCING**

Court in session and counsel identified for the record. Case Agent, Jonathan Edds (FBI), seated at Government counsel's table.

Defendant sworn. Defendant pleaded guilty to Count One of the Information and has been adjudicated guilty of such offense.

Defendant's witness #1, Steven Hirschkowitz, sworn and testified in mitigation.

Defendant's witness #2, Raj Ambay, sworn and testified in mitigation.

Defendant's witness #3, Mark Bond, sworn and testified in mitigation.

Statements made by counsel. Defendant made allocution to the Court.

**Imprisonment: TWENTY-FOUR (24) MONTHS.**

**Supervised Release: TWELVE (12) MONTHS.**

**Fine: Waived.**

**Special Assessment: $100.00**, to be paid immediately.

Mandatory and Standard Conditions of supervision apply.

Special condition(s) of Supervision:

1. The defendant shall participate in a mental health treatment program (outpatient and/or inpatient) and follow the Probation Officer's instructions regarding the implementation of this court directive. Further, the defendant shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Mental Health Treatment Services.

The mandatory drug testing requirements of the Violent Crime Control Act are waived. However, you must submit to random drug testing not to exceed 104 tests per year.

The Court recommends to the Bureau of Prisons:
1. Confinement at a facility located near Tampa, Florida, to allow the defendant to be visited by family during his incarceration.

Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons on a specific date as directed by the Bureau of Prisons, and as notified by the United States Marshal.

Defendant is ordered to immediately proceed to the Office of the United States Marshal for processing and further instructions.

Defendant advised of right to appeal and of right to counsel on appeal.

Court adjourned.